| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, SBN CA 44332<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration<br>ODELL GROOMS SBN DC 375945 |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market St, Ste 1500<br>San Francisco, CA 94105 |
| 6 | Telephone: (415) 977-8936<br>Fax: (415) 744-0134 |
| 7 | E-mail: odell.grooms@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE E. VOORHES,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. 08-4951 MMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME IN WHICH TO FILE DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT |

## **STIPULATION**

Pursuant to Local Rule 6-2, the parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached proposed Order, that Defendant Commissioner of Social Security shall have an extension of time of 14 days to file his Answer to Plaintiff's Complaint.  As detailed in the accompanying declaration, the undersigned counsel for Defendant was unaware that certain documents pertaining to the case were not included in the file, and must be obtained from the Social Security Administration Appeals Council in Falls Church, Virginia, necessitating the requested extension of time.  The Commissioner's Answer is due today, March 23, 2009.  The new due date will be April 6, 2009.

STIP FOR EXT TO ANSWER
C 08-4951                                                                 1

1  The parties further stipulate that the Court's Scheduling Order shall be modified
2  accordingly.
3  Pursuant to General Order 45, § X.B, and the instructions regarding signatures on this
4  Court's internet web site (https://ecf.cand.uscourts.gov/cand/faq/general/signatures.htm), I, the
5  undersigned Odell Grooms, hereby attest that I have on file all holograph signatures for any
6  signatures indicated by a "conformed" signature (/s/) within this efiled document.

8  DATE:  3/23/09           /s/ Ian M. Sammis
                            (as authorized by telephone March 23, 2009)
9                           IAN M. SAMMIS
                            Attorney at Law

                            Attorney for Plaintiff

12 DATE:  3/23/09           JOSEPH P. RUSSONIELLO
                            United States Attorney
13                          LUCILLE GONZALES MEIS
                            Regional Chief Counsel, Region IX

                    By:     /s/ Odell Grooms
15                          ODELL GROOMS
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant

20                    ~~PROPOSED~~ ORDER

22      PURSUANT TO STIPULATION, IT IS SO ORDERED.

23 DATED: March 24, 2009                    _____
                                            MAXINE M. CHESNEY
                                            UNITED STATES DISTRICT JUDGE