IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. VOORHES, | No. C-08-4951 MMC |
| Plaintiff, | **ORDER SETTING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On April 6, 2009, defendant filed a motion to dismiss. The motion was not noticed for hearing.

Accordingly, the Court hereby SETS the motion for hearing on June 19, 2009. Plaintiff's opposition and defendant's reply thereto shall be filed in compliance with the Civil Local Rules of this district. See Civ. L.R. 7-3(a), (c).

**IT IS SO ORDERED.**

Dated: April 16, 2009

MAXINE M. CHESNEY
United States District Judge