IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. VOORHES, | No. C-08-4951 MMC |
| Plaintiff, | **ORDER VACATING JUNE 19, 2009 HEARING** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Before the Court is defendant's "Motion to Dismiss Complaint for Lack of Jurisdiction," filed April 6, 2009. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision thereon and hereby VACATES the hearing scheduled for June 19, 2009.

**IT IS SO ORDERED.**

Dated: June 16, 2009

MAXINE M. CHESNEY
United States District Judge